**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02014-BNB

TORREY V. BANKS,

     Plaintiff,

v.

ARAPAHOE COUNTY DETENTION CENTER,
CHIEF WALCHER OF A.C.S.O.
LIEUTENANT KNIGHT OF A.C.S.O.,
SUPERVISOR LIBRARIAN SHEILA CLARK OF A.C.S.O.,
CAPTAIN JOHN DOE OF A.C.S.O., and
DEPUTY KRAUS OF A.C,S.O., Disciplinary Board Member,
DEPUTY GALLEGOS OF A.C.S.O. (Disciplinary Board Member),
DEPUTY JOHN DOE #1 (Disciplinary Board Member),
SERGEANT JOHN DOE OF A.C.S.O.,
ERIN, Librarian Employee of A.C.S.O.,
DEPUTY BENDICROFT of the A.C.S.O.,
DEPUTY JOHN DOE #2 of the A.C.S.O. (Disciplinary Board Member),
DEPUTY JOHN DOE #3 of the A.C.S.O. (Disciplinary Board Member),
OFFICER JANE DOE of Lakewood Police Department,
OFFICER JOHN DOE #1 of Lakewood Police Department, and
OFFICER JOHN DOE #2 of Lakewood Police Department,

     Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

     This matter is before the Court on the motions that Plaintiff, Torrey Banks, filed *pro se* on October 4 and 16, 2012 (ECF Nos. 16 and 17), requesting an extension of time in which to cure deficiencies.  To the extent Plaintiff requests an extension of time to cure the deficiencies designated in the order of August 2, 2012 (ECF No. 6), the motions are DENIED as moot because Mr. Banks already cured the August 2 designated deficiencies.  To the extent Plaintiff requests an extension of time to pay the $15.00 initial partial filing fee designated in the order of September 13, 2012, granting him leave to proceed *in forma pauperis* (ECF No. 12), the motions are GRANTED.

     Plaintiff will be allowed **thirty (30) days from the date of this minute order** in which to pay the designated $15.00 initial partial filing fee or show cause as directed in the September 13 order why he is unable to do so.  Failure to comply with the directives of the September 13 order will result in the dismissal of the instant action.

Dated:  October 17, 2012

———————————————————————————————————————