**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02014-BNB

TORREY V. BANKS,

    Plaintiff,

v.

ARAPAHOE COUNTY DETENTION CENTER,
CHIEF WALCHER OF A.C.S.O.
LIEUTENANT KNIGHT OF A.C.S.O.,
SUPERVISOR LIBRARIAN SHEILA CLARK OF A.C.S.O.,
CAPTAIN JOHN DOE OF A.C.S.O., and
DEPUTY KRAUS OF A.C,S.O., Disciplinary Board Member,
DEPUTY GALLEGOS OF A.C.S.O. (Disciplinary Board Member),
DEPUTY JOHN DOE #1 (Disciplinary Board Member),
SERGEANT JOHN DOE OF A.C.S.O.,
ERIN, Librarian Employee of A.C.S.O.,
DEPUTY BENDICROFT of the A.C.S.O.,
DEPUTY JOHN DOE #2 of the A.C.S.O. (Disciplinary Board Member),
DEPUTY JOHN DOE #3 of the A.C.S.O. (Disciplinary Board Member),
OFFICER JANE DOE of Lakewood Police Department,
OFFICER JOHN DOE #1 of Lakewood Police Department, and
OFFICER JOHN DOE #2 of Lakewood Police Department,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    On December 14, 2012, the minute order of December 10, 2012 (ECF No. 24) mailed to Plaintiff, Torrey V. Banks, at the Jefferson County Detention Facility was returned to the Court as undeliverable.  *See* ECF No. 26.  On December 21, 2012, Mr. Banks filed a motion for an extension of time (ECF No. 27) indicating that he now is incarcerated at the Fremont Correctional Facility.  Mr. Banks is advised that it is his responsibility to notify the Court within five days after any change of address.  *See* Local Rule 10.1M.  In the future, Mr. Banks also is ordered to provide his current address on any filings he submits to the Court.

    The clerk of the Court is directed to remail to Mr. Banks at the Fremont Correctional Facility a copy of the December 10 minute order, together with a copy of this minute order.  The motion for an extension of time filed on December 21 (ECF No. 27) is denied as moot because the December 10 minute order already granted Mr. Banks an extension of time to file an amended complaint that complied with the order of

November 8, 2012.  Mr. Banks continues to have **thirty (30) days from the date of the December 10 minute order** in which to file the amended complaint.  Failure to do so within the time allowed will result in the dismissal of the instant action.

The motion to show excusable neglect (ECF No. 28) for not submitting a monthly filing fee payment in a timely manner is granted.

Dated:  December 26, 2012