IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02014-BNB

TORREY V. BANKS,

    Plaintiff,

v.

ARAPAHOE COUNTY DETENTION CENTER,
CHIEF WALCHER OF A.C.S.O.
LIEUTENANT KNIGHT OF A.C.S.O.,
SUPERVISOR LIBRARIAN SHEILA CLARK OF A.C.S.O.,
CAPTAIN JOHN DOE OF A.C.S.O., and
DEPUTY KRAUS OF A.C,S.O., Disciplinary Board Member,
DEPUTY GALLEGOS OF A.C.S.O. (Disciplinary Board Member),
DEPUTY JOHN DOE #1 (Disciplinary Board Member),
SERGEANT JOHN DOE OF A.C.S.O.,
ERIN, Librarian Employee of A.C.S.O.,
DEPUTY BENDICROFT of the A.C.S.O.,
DEPUTY JOHN DOE #2 of the A.C.S.O. (Disciplinary Board Member),
DEPUTY JOHN DOE #3 of the A.C.S.O. (Disciplinary Board Member),
OFFICER JANE DOE of Lakewood Police Department,
OFFICER JOHN DOE #1 of Lakewood Police Department, and
OFFICER JOHN DOE #2 of Lakewood Police Department,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on the combination motion titled "Motion Requesting One Free Electric [sic] Copy of All Documents Filed Thus Far" and "Motion Requesting Proof in Writing of My In Pauperis Status for Automatic Payments To Be Taken Out of My Account Monthly From CDOC" (ECF No. 38) that Plaintiff, Torrey V. Banks, filed *pro se* on February 5, 2013.

    The combination motion (ECF No. 38) is DENIED.  Mr. Banks may obtain copies of the electronic documents filed in this action at a cost of fifty cents per page, to be paid in advance.  Mr. Banks is advised to keep his own copies of any documents that he files with the Court because the Court's electronic filing system does not allow the Court to maintain paper copies.

    The Order Granting Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 12) filed on September 13, 2012, explains how Mr. Banks is to make monthly filing fee

payments to the Court, or show cause why he has no assets and no means by which to make the monthly payments.

      Mr. Banks continues to have thirty (30) days from the date of the order of January 11, 2013 (ECF No. 36) granting him an extension of time in which to submit an amended complaint that complies with the order of November 8, 2012.  Failure to do so within the time allowed will result in the dismissal of the instant action.

Dated:  February 6, 2013