IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02014-LTB

TORREY V. BANKS,

    Plaintiff,

v.

OFFICER JOHN DOE (SUPERVISOR) OF LAKEWOOD POLICE DEPT.,
OFFICER JANE DOE OF LAKEWOOD POLICE DEPT.,
OFFICER JOHN DOE #1 OF LAKEWOOD POLICE DEPT.,
OFFICER JOHN DOE #2 OF LAKEWOOD POLICE DEPT.,
CITY OF LAKEWOOD,
ARAPAHOE COUNTY,
CHIEF WALCHER OF A.C.S.O.,
LIEUTENANT KNIGHT OF A.C.S.O.,
SUPERVISOR SHEILA CLARK OF A.C.S.O.,
JANE DOE OF A.C.S.O. (PSYCHOLOGY DEPT.),
DEPUTY KRAUS OF A.C.S.O. (DISCIPLINARY BOARD MEMBER),
DEPUTY JOHN DOE #1 (DISCIPLINARY BOARD MEMBER),
DEPUTY JOHN DOE #2 of A.C.S.O. (DISCIPLINARY BOARD MEMBER),
DEPUTY BENDICRAFT OF A.C.S.O.,
ERIN LIBRARIAN (EMPLOYEE) OF A.C.S.O.,
STATE OF COLORADO,
RON WAGER (ASSISTANT WARDEN) OF CDOC,
A. MEDINA (WARDEN AND DEPUTY DIRECTOR) OF CDOC,
CAPTAIN KATZENMEYER OF CDOC,
C/M III S. ORTIZ (AD SEG HEARINGS OFFICER) OF CDOC,
C/M CHAVEZ (AD SEG HEARINGS OFFICER) OF CDOC,
C/M BRANDT (AD SEG. HEARINGS OFFICER) OF CDOC,
LT. LAWSON (DISCIPLINARY HEARINGS OFFICER) OF CDOC,
JERRY SCOLLARD (ACTING MENTAL HEALTH SUPERVISOR) OF CDOC,
STEPHANIE ENGLAR (CONTRACT WORKER) OF CDOC,
C/O YVETTE MAES OF CDOC,
CAPTAIN DIANE QUATTLEBAUM OF CDOC,
C/O HOLMES OF CDOC,
C/O KEN DUNDER OF CDOC,
C/O LEIA ESTRADA OF CDOC,
LT. PETER ANDERSON (DISCIPLINARY HEARING OFFICER) OF CDOC,
JACQUELINE MCCALL (ADMINISTRATIVE HEAD) OF CDOC, and
C/O JENNIFER MALEBRANCHE OF CDOC,

    Defendants.

# JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on February 22, 2013, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 22 day of February, 2013.

FOR THE COURT,

JEFFREY P. COLWELL, Clerk


By: s/ S. Grimm
    Deputy Clerk